JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO C. VALDEZ, JR. and GEORGIA VALDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION. BUFFALO PUMPS DIVISION, et al.,<br><br>Defendants. | Case No. 2:21-cv-08863-FMO (Ex)<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA** |

Counsel for Plaintiffs and for Defendant Electrolux Home Products Inc. as successor-in-interest to Copes-Vulcan Inc., the sole party who removed this case from the Superior Court of the State of California to the U.S. District Court, having stipulated that this case be remanded to state court, IT IS SO ORDERED that the

above-captioned case is REMANDED to the Superior Court of California, County of Los Angeles.

Dated: November 19, 2021

/s/
_____
Honorable Fernando M. Olguin